**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAIDAH D. YOUNG                                                                PLAINTIFF

v.                                    NO. 3:06CV00129JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

**JUDGMENT**

Pursuant to the Opinion entered separately today, this case is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

IT IS SO ORDERED this 17th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE