**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAIDAH D. YOUNG                                                                   PLAINTIFF

v.                          NO. 3:06CV00129 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                    DEFENDANT

<u>**ORDER**</u>

Plaintiff's motion for an award of attorneys' fees and other expenses is GRANTED. Fees and expenses are hereby awarded in the amount of $4,548.04.

IT IS SO ORDERED this 12th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE